UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   MANUEL FAVELA                                  Case No.: 08-10462
         JEANA L FAVELA

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/25/2008.

2) This case was confirmed on 09/11/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/19/2009.

6) Number of months from filing to the last payment:  18

7) Number of months case was pending:  25

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $   9,722.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 10,613.46 |
| Less amount refunded to debtor | $ 163.60 |
| **NET RECEIPTS** | $ 10,449.86 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 344.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 736.41 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,080.41 |
| Attorney fees paid and disclosed by debtor | $ 3,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| AMERICAN VETERINARY | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | 178.21 | NA | NA | .00 | .00 |
| TCF FINANCIAL SERVIC | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| AMERICAN MEDICAL COL | UNSECURED | 78.39 | NA | NA | .00 | .00 |
| AMERICAN VETERINARY | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| AT & T CREDIT MANAGE | UNSECURED | 21.00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 366.00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 427.00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 333.27 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 9.91 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 1,038.00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 111.09 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 499.00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 298.35 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 447.30 | NA | NA | .00 | .00 |
| BENEFIT ADMIN SYSTEM | UNSECURED | 396.00 | NA | NA | .00 | .00 |
| BERWYN MAGNETIC RESO | UNSECURED | 62.90 | NA | NA | .00 | .00 |
| BIEHL & BIEHL | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BIEHL & BIEHL | OTHER | .00 | NA | NA | .00 | .00 |
| CB ACCOUNTS | UNSECURED | 214.72 | NA | NA | .00 | .00 |
| CB ACCOUNTS | UNSECURED | 777.82 | NA | NA | .00 | .00 |
| CHICAGO SUN TIMES | UNSECURED | 20.46 | NA | NA | .00 | .00 |
| CMRE FINANCE | UNSECURED | 571.85 | 2,371.89 | 2,371.89 | 2,371.89 | 104.61 |
| COMMONWEALTH EDISON | UNSECURED | 1,690.88 | 2,158.78 | 2,158.78 | 2,158.78 | 95.21 |
| DONALD W DIXON MD | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 366.00 | 390.00 | 390.00 | 390.00 | 17.22 |
| LORETTO HOSPITAL | UNSECURED | 488.00 | NA | NA | .00 | .00 |
| LORETTO HOSPITAL | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION | OTHER | 205.40 | NA | NA | .00 | .00 |
| HEALTH CARE CENTERS | UNSECURED | 68.82 | NA | NA | .00 | .00 |
| HEALTH CARE CENTERS | UNSECURED | 73.51 | NA | NA | .00 | .00 |
| HEART CARE CENTER OF | UNSECURED | 188.00 | NA | NA | .00 | .00 |
| HEART CARE CENTER OF | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| LEONARD M SPISHAKO | UNSECURED | 115.84 | NA | NA | .00 | .00 |
| LIBERTY GRP PUBLISHI | UNSECURED | 54.44 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 107.67 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 552.00 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 800.51 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 1,463.76 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 3,938.56 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 633.97 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 123.45 | NA | NA | .00 | .00 |
| MACNEAL HEALTH NETWO | UNSECURED | 1,603.77 | NA | NA | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| MEDICAL | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| METROPOLITAN ADVANCE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 734.03 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 982.00 | 2,059.14 | 2,059.14 | 2,059.14 | 90.81 |
| NICOR GAS | UNSECURED | 705.14 | NA | NA | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | 828.00 | NA | NA | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | 446.00 | NA | NA | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 109.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 5.39 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| SUBURBAN OTOLARYNGOL | UNSECURED | 49.70 | NA | NA | .00 | .00 |
| VCA BERWYN ANIMAL HO | UNSECURED | 92.00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS I | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 925.00 | NA | NA | .00 | .00 |
| UNICARE L&H INSURANC | UNSECURED | 156.10 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| **Scheduled Creditors:** | | | | | | |
| MACNEAL EMERGENCY PH | UNSECURED | 552.00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 539.00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 504.00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 105.00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 34.00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| DEUTSCHE BANK | SECURED | 92,000.00 | 86,205.89 | .00 | .00 | .00 |
| DEUTSCHE BANK | SECURED | NA | 52,954.09 | .00 | .00 | .00 |
| TOWN OF CICERO | SECURED | 1,932.85 | .00 | 1,933.00 | 1,933.00 | .00 |
| DEUTSCHE BANK | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 142.36 | 142.36 | 142.36 | 6.43 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 1,933.00 | 1,933.00 | .00 |
| **TOTAL SECURED:** | 1,933.00 | 1,933.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 7,122.17 | 7,122.17 | 314.28 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,080.41 |
| Disbursements to Creditors | $ | 9,369.45 |
| **TOTAL DISBURSEMENTS:** | $ | 10,449.86 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/18/2010             /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**